AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Michigan

Erin Jo Chaskey

Plaintiff(s),

V.

Onaway Area Community Schools, et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:22-cv-11380

Notice is hereby given that, subject to approval by the court, Plaintiff Erin Jo Chaskey substitutes
(Party (s) Name)

Daniel J. Harris , State Bar No. P58279 as counsel of record in
(Name of New Attorney)

place of Daren A. Wiseley .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Harris Law, PC
Address: 410 Petoskey Street, Petoskey, MI 49770
Telephone: (231) 347-4444 Facsimile (231) 347-0415
E-Mail (Optional): dan@nmilawyers.com

I consent to the above substitution.
Date: 9/9/2022

*Erin Chaskey*
ID gPPK7dch4d3NiBGzzpV6hoxb

(Signature of Party (s))

I consent to being substituted.
Date: 9/12/2022

*Daren A. Wiseley*
ID BnpmLQEfTM5pzYAqQWyut1tx

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9-13-2022

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

- 1 -

### eSignature Details

| | |
|---|---|
| Signer ID: | gPPK7dch4d3NiBGzzpV6hoxb |
| Signed by: | Erin Chaskey |
| Sent to email: | erinjchaskey@hotmail.com |
| IP Address: | 50.36.172.29 |
| Signed at: | Sep 9 2022, 9:26 am EDT |

| | |
|---|---|
| Signer ID: | BnpmLQEfTM5pzYAqQWyut1tx |
| Signed by: | Daren Wiseley |
| Sent to email: | dwise@defendyourrights.law |
| IP Address: | 68.61.14.123 |
| Signed at: | Sep 12 2022, 5:15 pm EDT |

Having considered the above-attached consent order, and this Court otherwise being fully advised in the premises:

It is **ORDERED** that Attorney Daniel J. Harris is **SUBSTITUTED** for Attorney Daren A. Wiseley as counsel for Plaintiff Erin Jo Chaskey.

Further, it is **ORDERED** that Daren A. Wiseley shall be **REMOVED** as counsel for Plaintiff Chaskey and that Daniel J. Harris is **APPOINTED** as counsel for Plaintiff Chaskey.

Dated: September 13, 2022       s/Thomas L. Ludington
                                THOMAS L. LUDINGTON
                                United States District Judge