# EXHIBIT 4

**Thunder Bay Community Health Service, Inc. - Rogers City**
205 South Bradley Hwy  Rogers City, MI 49779
(989) 734-2052  Fax: (989) 318-4606

*November 17, 2022*
Page 1
Behavioral Health

**Erin J Chaskey**
Female  DOB: ▮▮▮▮ 1984                    12346

Home: ▮▮▮▮▮▮▮
Ins: Priority Health Grp: 200026

---

**09/26/2022 - Behavioral Health: Behavioral Health Assessment**
**Provider: Veronica Jung LMSW**
**Location of Care: Thunder Bay Community Health Service, Inc. - Onaway**
**This document contains confidential information**

**Intake:**
What are patients concerns for seeking behavioral health services?
"I have the last 2 years being burned at the stake by my community" and that her psychiatric provider observed": "You have suffered trauma and you need help". She reported a diagnosis made by her psychiatric provider of bipolar II.
How does this affect your day-to-day activities?
"Constantly going through my mind, heart beating fast, don't really want to go anywhere, don't want to eat."
History of Present Illness:
"Since  August 7th at this level" following an incident involving a man she was seeing, got physically sick, needed to go to the ER..."they Baker-acted me and put me into an involuntary institution". Prior to this, she reported being "falsely arrested with it all from  certain questions I asked the principal about a certain book that was being read" at her son's school, charged with "felony eavesdropping" with this dropped in March of this year. She stated: "I hate it here", referring to the town in which she lives..
Attempted treatment and healthcare outcome:
Psychiatric services and psychotropic medications.

**Subjective:**
Date: 09/26/2022  Start time:2:05pm  End time: 3pm
Service provided: Individual Therapy  Setting: Office Visit

**Progress Notes:**
Assessment
S - The patient provided information for an assessment. She reported being taken off medication prescribed by her psychiatric provider by a provider at the hospital at which she received psychiatric inpatient services, put on desvenaflaxine 100mg once a day, oxcerbazepine 150mg, 2 in am and 2 in pm, verapamil extended release 240 mg once daily, nuvigil 250 mg once daily by her psychiatic provider (JoAnne Harderer)upon her return home.
O - She presented as alert, attentive, clear, oriented x4, tearful.
A -The patient endorsed symptoms of anxiety with hypervigilance related to trauma experiences as described  and signficant depression.
P - Complete assessment and develop treatment plan in next session.

**Psychiatric Symptoms:**
Anxiety: Panic attacks - 2 when in Florida
Fearful/avoidant of social interactions
Nausea
Shaky hands
Chest "gets heavy"
Racing or pounding heart
Depression: Difficulty focusing on tasks
Feeling  low/emotionally numb
Feeling detached from family/friends
Isolating
Feeling hopeless
Crying a lot
Loss of interest in things you enjoy
Difficulty remembering things
The patient reported a tendency to eat less and sleep more when feeling down.
Rate Self Esteem: 1
Rate Energly Level: 1
Have you ever had thoughts of hurting yourself? No

**001**

**Thunder Bay Community Health Service, Inc. - Rogers City**
205 South Bradley Hwy   Rogers City, MI 49779
(989) 734-2052  Fax: (989) 318-4606

*November 17, 2022*
Page 2
Behavioral Health

**Erin J Chaskey**
Female   DOB: ▮▮▮/1984                    12346

Home: ▮▮▮▮▮▮▮▮
Ins: Priority Health Grp: 200026

Have you ever attempted or threatened suicide before? No
Do you ever cause injury to yourself? (eg. Cutting, biting, scraping, hair pulling, scab picking) to cope with feelings, problems or situations? Yes
She reported one cutting experience just before she went to the hospital for inpatient services, did this to experience relief.
Psychosis: The patient did not endorse symptoms in this area.
Mania: Racing thoughts in the past
PTSD: Avoid thinking about certain things
Feelings of reliving traumatic event
On guard all the time in the community in which she lives.
Intrusive thoughts related to inpatient psychiatric experiences
Nightmares years ago

**Substance Use History:**
She reported no substance use issues.


**Emotional Behavioral Assessment:**
Have you ever seen a mental health professional?
"yes"
Age of first treatment: 32
Type of service/reason: "overwhelming sadness and then I would be happy, so much energy."
Agency: JoAnne Hardered, Nurse Practicioner, Petoskey
Length of treatment: 6 years

Have you had previous psychiatric hospitalization?
"Yes"
Start date: 08/10/2022
Cause: "The doctor thought I was bipolar I" and took her off medications that had been helpful.
Facility: South Seminole, Orlando, Florida

What are your strengths?
"I used to have a lot, I used to be very strong in my beliefs...I used to be very creative, I used to love people, just anybody but not I just such a coldness inside of me."

How would you describe your natural support system?
"It's all gone."

Please identify any stressors within the family:
"The whole affair did a number...my husband monitors my phone now...I miss the person I was having the affair with."

Describe the dynamic of your childhood or family of origin:
"Normal"

Have experienced any of the following situations?
Illness or life threatning medical condition, Unwanted sexual advances such as touching comments or forced sexual activities
Comments: She reported metabolic acidosis during her time in Florida, was told that if she closed her eyes, she would never wake up, had been vomiting repeatedly that she related to stress. When asked about sexual abuse experiences, she shared: "I remember something wasn't right with my grandfather (paternal)." She reported that being separated from the man with whom she was having an affair as traumatic.

What helped you through the events that we just discussed?
"I've been sleeping a lot."

**002**

**Thunder Bay Community Health Service, Inc. - Rogers City**    *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779    Page 3
(989) 734-2052  Fax: (989) 318-4606    Behavioral Health

**Erin J Chaskey**    Home:
Female  DOB:   /1984    12346    Ins: Priority Health Grp: 200026

Are there any immediate threats to your safety?
No

Have you ever been verbally/physically assaultive towards someone/something?
No

**Depression Screening:**
During the past month have you often been bothered by:
 1. Little interest or pleasure in doing things? 3
 2. Feeling down, depressed, or hopeless? 3
**PHQ-2 Score: 6**

**Questionnaire Depression Scale (PHQ-9):**
Over the last 2 weeks, how often have you been bothered by any of the following problems?
1. Little interest or pleasure in doing things?   3 -  Nearly every day.
2. Feeling down, depressed, or hopeless?   3 -  Nearly every day.
3. Trouble falling or staying asleep, or sleeping too much?   3 -  Nearly every day.
4. Feeling tired or having little energy?   3 -  Nearly every day.
5. Poor appetite or overeating?   3 -  Nearly every day.
6. Feeling bad about yourself- or that you are a failure or that you have let your family down?   3 -  Nearly every day.
7. Trouble concentrating on things, such as reading the newspaper or watching television?   3 -  Nearly every day.
8. Moving or speaking so slowly that other people could have noticed. Or the opposite being so fidgety or restless that you have been moving around a lot more than usual?   0 -  Not at all.
9. Thoughts that you would be better off dead, or hurting yourself in some way?   0 -  Not at all.
**PHQ-9 Score: 21**

If you check off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people?  Extremely difficult

SYMPTOM TOTAL 20+
PROVISIONAL DIAGNOSIS:
Major depression, severe*
TREATMENT RECOMMENDATION:
Antidepressant and psychotherapy (especially if not improved on monotherapy)

**Generalized Anxiety Disorder (GAD-7):**
Over the last 2 weeks, how often have you been bothered by any of the following problems?
1. Feeling nervous, anxious, or on edge?   0 -  Not at all.
2. Not being able to stop or control worrying?   0 -  Not at all.
3. Worrying too much about different things?   0 -  Not at all.
4. Trouble relaxing?   0 -  Not at all.
5. Being so restless that it is hard to sit still?   0 -  Not at all.
6. Becoming easily annoyed or irritable?   0 -  Not at all.
7. Feeling afraid as if something awful might happen?   0 -  Not at all.
**GAD-7 Score: 0**

SYMPTOM TOTAL <= 5
INTERPRETATION:
Normal Anxiety

**Medical History:** *(Reviewed and Updated)*

**003**

**Thunder Bay Community Health Service, Inc. - Rogers City**  *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779  Page 4
(989) 734-2052  Fax: (989) 318-4606  Behavioral Health

**Erin J Chaskey**  Home:
Female  DOB:  1984  12346  Ins: Priority Health Grp: 200026

migraines, depression and anxiety
hormone imbalance
narcolepsy without cataplexy

**Surgical History:** *(Reviewed and Updated)*
bilateral breast implants
uterine ablation
tubal ligation

**Social History:** *(Reviewed and Updated)*
Lives with spouse, 3 children

stay at home mom, owns a septic company
daughter- senior year
son- sophomore year

9-26-22 She reported that in school she did "very good", graduated with an associates with honors. Has worked in her husband's business. They married in 2005, they have a daughter born in 2004 and a son born in 2006.

**Hospitalization History:** *(Reviewed and Updated)*
Hospitalizations: No
Emergency Room or Urgent Care: No
Other Healthcare Provider: No
left message for patient to return my call, patient did not return my call
Dental visit: No

**Menstrual History:** *(Reviewed and Updated)*
Last Menstrual Period: NONE GIVEN

**Mental Status Assessment:**
General Appearance:  adequate hygiene, appropriate dress, looks like stated age, neat
Attitude & Behavior: tearful
 appropriate, cooperative, good eye contact, polite, responsive
Motor Activity:  normal gait, normal posture
Speech Activity:  normal flow, normal pace, normal pressure, normal rate, normal tone, normal volume, spontaneous
Mood: anxious
depressed
Affect: anxious
depressed
Sensorium:  alert, attentive, clear
Process:  able to abstract, goal-directed, logical
Thought & Perception:  lucid
Hallucinations:  none
Intellectual Functioning:  adequate fund of information, intact memory processes, oriented to person, oriented to place, oriented to time, oriented to situation, oriented to reality
Insight: fair to good
Judgement: fair to good

Suicide:  Ideation: No    Plan: No    Means: No    Intent: No
Homicide:  Ideation: No    Plan: No    Intent: No    Ideation: No

**Orders:**

**004**

**Thunder Bay Community Health Service, Inc. - Rogers City**     *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                        Page 5
(989) 734-2052  Fax: (989) 318-4606                                     Behavioral Health

**Erin J Chaskey**                                                        Home:
Female   DOB:      /1984                    12346                Ins: Priority Health Grp: 200026


Psychiatric Diagnostic Evaluation (90791) [CPT-90791]


**Patient Instructions:**
Complete assessment and develop treatment plan in next session.


**Electronically signed by Veronica Jung LMSW on 09/26/2022 at 4:10 PM**
_____

**Thunder Bay Community Health Service, Inc. - Rogers City**     *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                                      Page 1
(989) 734-2052  Fax: (989) 318-4606                                                      Office Visit

**Erin J Chaskey**                                                         Home:
Female   DOB:    1984                          12346          Ins: Priority Health Grp: 200026

**09/02/2022 - Office Visit: Adult Visit-Hospital f/u**
**Provider: Sarah Wallace, PA-C**
**Location of Care: Thunder Bay Community Health Service, Inc. - Onaway**

Responsible Provider: Sarah Wallace
Accompanied By: Self
Visit Type: Follow-up
Chief Complaint: Hospital F/U

Patient Agenda: Hospital follow up

**History of Present Illness:**
Erin Chaskey is here for a hospital follow up- While in florida she experienced significant nausea and vomiting which caused a metabolic acidosis for which she was in ICU from 08/07-08/10 and then transferred to inpatient psych from 08/10- 08/12.

She states that she has been on bactrium for a UTI (called on 08/29 for medication emperically. She is still having urinary frequency- sending urine culture. Advised she avoid caffeine and hydrate well.

08/07-08/10 ICU correcting metabolic acidosis with AKI and then 08/10-08/12 inpatient psych -She recounts her experience: during that stay they moved her room twice as they were concerned she could be sexually assaulted. - shared a room with a girl who wrapped herself in a wet blanket and requested more holy water. Erin tells me her husband got the hospital administrator involved to get her out of the inpatient psych stay.

The inpatient psych provider switched her meds - took away buspirone and switched lamotrigine to latuda 40mg daily.

Joann Haderer DNP did meet with her to confirm these changes. Erin is continuing latuda 40mg daily, pristiq 100mg daily.
Continue nuvigil for narcolepsy
Erin is dealing with constipation
tried miralax, metamucil and mineral oil - no change in BMs.
Feels bloated and blocked.
PO intake stable chicken nuggets, apples, salad, soup - nibbling throughout the day . Hydrating well.
She is passing gas, occasional BMs

Advised gentle diet, increased fiber, hydrate well. If sudden intense pain she will need to go to ER and she voices understanding.
Entered and signed by: Sarah Wallace, PA-C,  September  2, 2022 4:16 PM
**Problems Reviewed**

**Medications Reviewed**

**Allergies Reviewed**

**Medical History:** *(Reviewed and Updated)*
migraines, depression and anxiety
hormone imbalance
narcolepsy without cataplexy

**Surgical History:** *(Reviewed and Updated)*

**155**

**Thunder Bay Community Health Service, Inc. - Rogers City**   *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779   Page 2
(989) 734-2052  Fax: (989) 318-4606   Office Visit

**Erin J Chaskey**   Home:
Female  DOB:  /1984   12346   Ins: Priority Health Grp: 200026

bilateral breast implants
uterine ablation
tubal ligation

**Social History:** *(Reviewed and Updated)*
Lives with spouse, 3 children

stay at home mom, owns a septic company
daughter- senior year
son- sophomore year

**Hospitalization History:** *(Reviewed and Updated)*
Hospitalizations: No
Emergency Room or Urgent Care: No
Other Healthcare Provider: No
left message for patient to return my call, patient did not return my call
Dental visit: No

**Menstrual History:** *(Reviewed and Updated)*
Last Menstrual Period: NONE GIVEN

**Risk Factors:**
**Tobacco:** *(Reviewed and Updated)*
Tobacco Use? Never

**Alcohol:** *(Reviewed and Updated)*
Alcohol use? No

**Drugs:** *(Reviewed and Updated)*
Drug use? No

**Review of Systems:** *(Reviewed and Updated)*
**Constitutional:** Denies fever or chills,unintentional weight loss,recurrent fatigue or malaise, headache , sweats, anorexia, fatigue/weakness, malaise, weight loss, sleep disorder.
**Cardiovascular:** Denies chest pain or pressure,shortness of breath with normal activity,elevated blood pressure,difficulty breathing when lying flat,shortness of breath at night,shortness of breath that wakes you from sleep,palpitations (sensation of heart beating in your chest),swelling in the ankles,lightheadedness, weight gain.
**Respiratory:** Denies coughing,productive cough,difficulty breathing,wheezing,excessive snoring, SOB,excessive sputum, chest discomfort, coughing up blood, sleep disturbances due to breathing.
**Gastrointestinal:** COMPLAINS OF CONSTIPATION, GAS. Denies heart burn or acid reflux, difficult or painful swallowing, nausea or vomiting, diarrhea, abdominal pain or cramping.
**Psychiatric:** COMPLAINS OF FEELING STRESSED. Denies depression, hopeless, anxiety, panic, obsessing, sensitive, suicidal thoughts, mental disturbance, hallucinations, financial hardship, not feeling safe at home, memory loss, social problems that you feel interfere with your mental or physical health.

**Vital Signs:**
Weight: **98.8** lbs.  (44.91 kg)  Height: **60** in.  (152.4 cm.)  BMI: **19.37**
Temperature: **98.4** deg F. (36.9 deg C)  Temperature Site: **Temporal**
Respiration: **16**  O2 Sat: **100**  On: **Room air**  Pulse: **76**  Pulse Rhythm: **Regular**

**Thunder Bay Community Health Service, Inc. - Rogers City**    *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                   Page 3
(989) 734-2052  Fax: (989) 318-4606                                      Office Visit

**Erin J Chaskey**                                                       Home:
Female  DOB:    /1984                    12346          Ins: Priority Health Grp: 200026


Blood Pressure #1: **111/71** mm Hg.   Location: **Lt Arm**      Position: **sitting**
Intake entered by: Michele Hoedel CMA......................September  2, 2022 1:04 PM


**Physical Exam:**
**General:** mildly anxious female NAD
**Lungs:** Normal respiratory effort and clear to auscultation.
**Cardio:** Normal S1/S2, no rubs, no gallops, no murmurs or carotid bruit
**Pulses:** distal radial pulses 2+
**Abdomen:** Soft, no tenderness, no masses, bowel sounds normal. No rebound or guarding. No splenomegaly.
**Musk:** steady gait
**Neurologic:** Grossly normal.
**Skin:** No rashes, ulcerations or suspicious lesions.
**Mental Status:** Alert and oriented x3. anxious Mood and Affect. pressured speech at times when describing her time at inpatient psych


**Urine Analysis:**
Date Collected:
09/02/2022
Color: lt. yellow
Appearance: clear
Glucose: negative
Bilirubin: negative
Ketone: negative
Spec. Gravity: 1.005
Blood: negative
pH: 5.0
Protein: negative
Urobilinogen: negative
Nitrite: negative
Leukocytes: negative


**Assessment and Plan:**
• BIPOLAR 2 DISORDER, MOST RECENT EPISODE RAPID CYCLING (ICD-296.89) (ICD10-F31.81)      Deteriorated
Recently hospitalized with inpatient psych 08/10-08/12.
I am glad you have had a chance to talk with your psychiatrist JoAnne Haderer regarding the med changes by the inpatient psych provider.

I have updated your list
1. latuda 40mg daily
2. pristiq 100mg daily

**removed lamotrigine and buspirone

Continue to follow up with JoAnne- let me know if she makes any other med changes.


• CONSTIPATION (ICD-564.00) (ICD10-K59.00)      Unchanged
add more fiber to your diet + probiotic

hydrate well

**157**

**Thunder Bay Community Health Service, Inc. - Rogers City**     *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                      Page 4
(989) 734-2052  Fax: (989) 318-4606                                           Office Visit

**Erin J Chaskey**                                                         Home:
Female  DOB:   /1984                      12346            Ins: Priority Health Grp: 200026

avoid spice and dairy

sometimes a heating pad and gentle abdominal massage work well to help reduce your bloating and improve bowel habit.

if you develop sudden severe pain, go to ER- I do not think we are dealing with a bowel obstruction but if you cannot poop and you are no longer passing gas with major pain, it is important to rule out a bowel obstruction

• ACUTE URINARY TRACT INFECTION (UTI) (ICD-599.0)  (ICD10-N39.0)       New
sending your urine for culture.
Hydrate well, avoid caffeine and finish bactrim antibiotic

**Orders:**
Urinalysis Dipstick Nonautomated [CPT-81002]
CULTURE; URINE; ROUTINE [CPT-87086]
99214-Ofc Vst-Est Level IV [99214]

**Patient Instructions:**

• BIPOLAR 2 DISORDER, MOST RECENT EPISODE RAPID CYCLING (ICD-296.89)  (ICD10-F31.81)
Recently hospitalized with inpatient psych 08/10-08/12.
I am glad you have had a chance to talk with your psychiatrist JoAnne Haderer regarding the med changes by the inpatient psych provider.

I have updated your list
1. latuda 40mg daily
2. pristiq 100mg daily

**removed lamotrigine and buspirone

Continue to follow up with JoAnne- let me know if she makes any other med changes.

• CONSTIPATION (ICD-564.00)  (ICD10-K59.00)
add more fiber to your diet + probiotic

hydrate well

avoid spice and dairy

sometimes a heating pad and gentle abdominal massage work well to help reduce your bloating and improve bowel habit.

if you develop sudden severe pain, go to ER- I do not think we are dealing with a bowel obstruction but if you cannot poop and you are no longer passing gas with major pain, it is important to rule out a bowel obstruction

• ACUTE URINARY TRACT INFECTION (UTI) (ICD-599.0)  (ICD10-N39.0)
sending your urine for culture.
Hydrate well, avoid caffeine and finish bactrim antibiotic

**158**

**Thunder Bay Community Health Service, Inc. - Rogers City**     *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                      Page 5
(989) 734-2052  Fax: (989) 318-4606                                       Office Visit

**Erin J Chaskey**                                                    Home:
Female  DOB:     /1984                    12346          Ins: Priority Health Grp: 200026

**Changes to the Medication List:**
Added new medication of Latuda 40 mg tablet (lurasidone) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Removed medication of Diflucan 150 mg tablet (fluconazole) Take 1 tablet by mouth single dose May repeat in 3 days; Route: BY MOUTH; Stop Date: 09/02/2022  - Signed
Removed medication of Nuvigil 250 mg tablet (armodafinil) TAKE ONE TABLET BY MOUTH DAILY; Stop Date: 09/02/2022  - Signed
Removed medication of Bactrim DS 800-160 mg tablet (sulfamethoxazole-trimethoprim) Take 1 tablet by mouth twice a day ; Route: BY MOUTH; Stop Date: 09/02/2022  - Signed
Removed medication of lamotrigine 100 mg tablet (lamotrigine) TAKE TWO TABLETS BY MOUTH DAILY; Stop Date: 09/02/2022  - Signed
Removed medication of cephalexin 500 mg tablet (cephalexin) Take 1 tablet by mouth twice a day ; Route: BY MOUTH; Stop Date: 09/02/2022  - Signed

**Process Orders**
TBCHS Labs: ABN not required for this insurance.

ABN check has not been done for this order
Requisition page opened for Quest. Order transmitted to EMR-Link September  2, 2022 1:17 PM
Tests Sent for requisitioning (September  2, 2022 4:16 PM):
   09/02/2022: TBCHS Labs -- CULTURE, URINE, ROUTINE [CPT-87086] (signed)

**Electronically signed by Sarah Wallace, PA-C on 09/02/2022 at 4:16 PM**
—————————————————————————————————————————————————

**159**

**Thunder Bay Community Health Service, Inc. - Rogers City**      *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                      Page 1
(989) 734-2052  Fax: (989) 318-4606                                              Office Visit

**Erin J Chaskey**                                                   Home:
Female  DOB:      /1984                  12346            Ins: Priority Health Grp: 200026

**12/16/2021 - Office Visit: Adult Visit - losing weight**
**Provider: Sarah Wallace, PA-C**
**Location of Care: Thunder Bay Community Health Service, Inc. - Onaway**

Responsible Provider: Sarah Wallace
Accompanied By: Self
Visit Type: New Visit
Chief Complaint: Losing weight

Patient Agenda: C/o losing weight over last 6 weeks, aprox. 6 to 10 lbs. Has increased stressors.

**History of Present Illness:**
Erin presents for evaluation of weight loss/decreased appetite.
She reports incredible stress lately which caused appetite suppression. She reports her stress is reduced so her appetite
is improved.

She is facing a felony charge  felonious eavesdropping at the childrens' school  Onaway
Her arraignment is Monday.

She reports lots of stressors lately: christmas, bills, legal issues, daughter's senior year
father in law crushed on the farm recently

She points out several bruises on her legs/arms - she feels this is related to having less cushion on her body with recent
weight loss. She denies gum /nose bleeds. Denies night sweats/fevers. Denies major trauma. Does bump arms/legs on
occasion
She sees Joann Haderer DNP for psych care- Bipolar 2
lamotrigine, pristiq
no major emotional changes. denies suicidal ideation
She has been experiencing loose stools for several weeks. Advised increasing fiber and hydration. She denies
blood/mucous in her stool and denies abdominal pain.Entered and signed by: Sarah Wallace, PA-C,  December 18, 2021
2:03 PM
**Problems Reviewed**

**Medications Reviewed**

**Allergies Reviewed**

**Medical History:** *(Reviewed and Updated)*
migraines, depression and anxiety
hormone imbalance
narcolepsy without cataplexy

**Surgical History:** *(Reviewed and Updated)*
bilateral breast implants
uterine ablation
tubal ligation

**174**

**Thunder Bay Community Health Service, Inc. - Rogers City**   *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779   Page 2
(989) 734-2052  Fax: (989) 318-4606   Office Visit

**Erin J Chaskey**   Home:
Female  DOB: /1984   12346   Ins: Priority Health Grp: 200026

**Social History:** *(Reviewed and Updated)*
Lives with spouse, 3 children

stay at home mom, owns a septic company
daughter- senior year
son- sophomore year

**Hospitalization History:** *(Reviewed and Updated)*
Hospitalizations: No
Emergency Room or Urgent Care: No
Other Healthcare Provider: No
left message for patient to return my call, patient did not return my call
Dental visit: No

**Menstrual History:** *(Reviewed and Updated)*
Last Menstrual Period: NONE GIVEN

**Risk Factors:**
**Tobacco:** *(Reviewed and Updated)*

**Alcohol:** *(Reviewed and Updated)*
Alcohol use? No

**Drugs:** *(Reviewed and Updated)*
Drug use? No
**Constitutional:** Denies fever or chills,unintentional weight loss,recurrent fatigue or malaise, headache , sweats, anorexia, fatigue/weakness, malaise, weight loss, sleep disorder.
**Cardiovascular:** Denies chest pain or pressure,shortness of breath with normal activity,elevated blood pressure,difficulty breathing when lying flat,shortness of breath at night,shortness of breath that wakes you from sleep,palpitations (sensation of heart beating in your chest),swelling in the ankles,lightheadedness, weight gain.
**Respiratory:** Denies coughing,productive cough,difficulty breathing,wheezing,excessive snoring, SOB,excessive sputum, chest discomfort, coughing up blood, sleep disturbances due to breathing.
**Gastrointestinal:** COMPLAINS OF LOSS OF APPETITE. Denies heart burn or acid reflux, difficult or painful swallowing, nausea or vomiting, diarrhea, constipation, abdominal pain or cramping, bloody or black bowel movements, excessive appetite, indigestion, nausea, gas, hemorrhoids, change in bowel habits, anal lesion/skin tag.
**Psychiatric:** COMPLAINS OF ANXIETY, FEELING STRESSED. Denies depression, hopeless, panic, obsessing, sensitive, suicidal thoughts, mental disturbance, hallucinations, financial hardship, not feeling safe at home, memory loss, social problems that you feel interfere with your mental or physical health.

**Vital Signs:**
Weight: **90** lbs.  (40.91 kg)  Height: **60** in.  (152.4 cm.)  BMI: **17.64**
Temperature: **99.2** deg F. (37.3 deg C)  Temperature Site: **Temporal**
Respiration: **18**  O2 Sat: **97**  On: **Room air**  Pulse: **107**  Pulse Rhythm: **Regular**
Blood Pressure #1: **128/83** mm Hg.  Location: **Lt Arm**   Position: **sitting**
Intake entered by: Justine Chagnon RMA.......................December 16, 2021 10:02 AM

**Physical Exam:**
**General:** mildly anxious caucasian female NAD, nontoxic
**Eyes:** Pupils equal, round and reactive to light. Conjunctivae and sclerae normal. Extraocular movements intact.
**Lungs:** Normal respiratory effort and clear to auscultation.

**175**

**Thunder Bay Community Health Service, Inc. - Rogers City**       *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                                    Page 3
(989) 734-2052  Fax: (989) 318-4606                                                     Office Visit

**Erin J Chaskey**                                                                     Home:
Female  DOB:      1984                        12346              Ins: Priority Health Grp: 200026

**Cardio:** Normal S1/S2, no rubs, no gallops, no murmurs or carotid bruit
**Pulses:** distal radial pulses 2+
**Abdomen:** Soft, no tenderness, no masses, bowel sounds normal. No rebound or guarding. No splenomegaly.
**Musk:** steady gait
**Neurologic:** Grossly normal.
**Skin:** No rashes, ulcerations or suspicious lesions.
**Mental Status:** Alert and oriented x3. Normal Mood and Affect.

**Narcotic Monitoring:**
Controlled Substance Contract Signed? Yes
Substance Contract signed date: 10/10/2019
Last UDS: 10/10/2019
Last MAPS: 11/26/2018

**Pain Assessment:**
Is the patient in pain? No
Location:

**Assessment and Plan:**
• BIPOLAR 2 DISORDER, MOST RECENT EPISODE RAPID CYCLING (ICD-296.89) (ICD10-F31.81)     Improved
Stable per your report. Continue to see your specialist.

• NARCOLEPSY (ICD-347.00) (ICD10-G47.419)     Unchanged
stable with nuvigil

• UNINTENTIONAL WEIGHT LOSS (ICD-783.21) (ICD10-R63.4)     New
Based on your situation, it does appear your recent weight loss is related to appetite suppression due to stress.

I am glad to hear your appetite is improving at this time.
Abdominal exam is normal today.
Please let me know if weight loss/bruising continues- I can always order lab work to assess for metabolic causes for
weight loss.

• DIARRHEA (ICD-787.91) (ICD10-R19.7)     New
nonbloody diarrhea

increase fiber in your diet- if you notice any major change in your bowel habit, please let me know.

**Orders:**
99213-Ofc Vst-Est Level III [99213]

**Patient Instructions:**

**176**

**Thunder Bay Community Health Service, Inc. - Rogers City**  *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                                    Page 4
(989) 734-2052  Fax: (989) 318-4606                                                          Office Visit

**Erin J Chaskey**                                                                      Home:
Female  DOB:    /1984                          12346                 Ins: Priority Health Grp: 200026

• BIPOLAR 2 DISORDER, MOST RECENT EPISODE RAPID CYCLING (ICD-296.89)  (ICD10-F31.81)
Stable per your report. Continue to see your specialist.

• NARCOLEPSY (ICD-347.00)  (ICD10-G47.419)
stable with nuvigil

• UNINTENTIONAL WEIGHT LOSS (ICD-783.21)  (ICD10-R63.4)
Based on your situation, it does appear your recent weight loss is related to appetite suppression due to stress.

I am glad to hear your appetite is improving at this time.
Abdominal exam is normal today.
Please let me know if weight loss/bruising continues- I can always order lab work to assess for metabolic causes for
weight loss.

• DIARRHEA (ICD-787.91)  (ICD10-R19.7)
nonbloody diarrhea

increase fiber in your diet- if you notice any major change in your bowel habit, please let me know.

**Electronically signed by Sarah Wallace, PA-C on 12/18/2021 at 2:03 PM**
─────────────────────────────────────────────────────────────

**177**

**Thunder Bay Community Health Service, Inc. - Rogers City**     *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                    Page 1
(989) 734-2052  Fax: (989) 318-4606                                       Office Visit

**Erin J Chaskey**                                                      Home:
Female  DOB:  1984                     12346                Ins: Priority Health Grp: 200026

**09/21/2011 - Office Visit: Walk In - Female**
**Provider: Julie A Gilbert FNP-BC**
**Location of Care: Thunder Bay Community Health Service, Inc. - Onaway School**

## Measurements
**Weight:** 97 lbs.  (44.09 kg)

## Vital Signs
**Temperature:** 97.8°F    **Site:** tympanic
**Pulse Rate:** 66 /minute
**Respiratory Rate:** 12 /minute
**Blood Pressure:** 80/ 40    **Site:** left arm    **Position:** sitting

**Vital Signs performed by:** Deb Koenig,  September 21, 2011 2:02 PM

## Initial Intake

**Smoking Status**
        **Use Tobacco?** Never

**Chief Complaint**
        **Chief Complaint:** cold symptoms
        **Exam Room #:** 1
        **History from:** patient

**MA/Nurse Concerns:** facial pain....green nasal disch
        **MA/Nurse Signature:** Deb Koenig,  September 21, 2011 2:03 PM

**Problem Review:**
  The patient's Problem List was reviewed and/or updated during this visit.

**Medication Reconciliation:**
   The patient's Medication List was reviewed and/or updated during this visit.

**Allergy Review:**
  The patient's Allergy List was reviewed and/or updated during this visit.

## Adult Chief Complaint/History of Present Illness

**Chief Complaint:** cold symptoms

**Concerns/HPI:** 27 year old female presents with cold symptoms x 2 weeks or greater. Yesterday began to have green nasal discharge, tooth pain, sinus headache, pressure when bends over, fever and chills. Initially took Mucinex, nothing today.
On Zoloft for depression. States has tried higher doses, wasn't effective. Current dose effective until recently. Has seen commercials for adjunct therapy - wondering if can try something. "I'm tired and just not myself." Also on progesterone cream for pms r/t mood swings. States works great!
**Provider Signature:** Julie A Lafave FNP-BC,  September 21, 2011 2:17 PM

**Problem Review:**

**273**

**Thunder Bay Community Health Service, Inc. - Rogers City** *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779 *Page 2*
(989) 734-2052  Fax: (989) 318-4606 *Office Visit*

**Erin J Chaskey** Home:
Female  DOB: /1984 12346 Ins: Priority Health Grp: 200026

The patient's Problem List was reviewed and/or updated during this visit.
**Medication Reconciliation:**
The patient's Medication List was reviewed and/or updated during this visit.
**Allergy Review:**
The patient's Allergy List was reviewed and/or updated during this visit.

## Review of Systems
**General:**
**Complains of chills, fatigue, fever, headache, feeling ill**.
Denies loss of appetite.
**Eyes:**
Denies discharge, itching.
eyes hurt
**Ears/Nose/Throat:**
**Complains of see HPI, earache, nasal congestion, runny nose, tooth pain**.
Denies sore throat.
ears feel crackly
**Respiratory/Breast:**
Denies cough, difficulty breathing, shortness of breath, wheezing.
**Gastrointestinal:**
Denies nausea, abdominal pain.
**Musculoskeletal:**
Denies body aches.
**Heme/Lymphatic:**
Denies enlarged lymph nodes.
**Allergic/Immunologic:**
Denies hay fever.

## Past Medical/Surgical/Family/Social/Personal History
**Past Medical History:** migraines, depression and anxiety
**Social History:** Lives with spouse, 3 children

## Drugs and Tobacco

**Tobacco Use**
Use Tobacco? Never

## Physical Exam

**General Appearance**
**General Appearance:** well hydrated, well nourished

**Head/Face**
**Inspection:** normocephalic, symmetrical, skin intact, sinus tenderness

**Eyes**
**External:** conjunctivae and lids normal
**Pupils:** equal, round, reactive to light and accommodation

**274**

**Thunder Bay Community Health Service, Inc. - Rogers City**    *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                              Page 3
(989) 734-2052  Fax: (989) 318-4606                                                  Office Visit

**Erin J Chaskey**                                                              Home:
Female  DOB: /1984                      12346              Ins: Priority Health Grp: 200026

**Ophthalmoscopic:** discs sharp and flat, no a/v nicking, hemorrhages, or exudates

### Ear, Nose, &Throat
**External Ears:** normal, no lesions or deformities
**External Nose:** normal, no lesions or deformities
**Otoscopic:** TMs pearly gray, canals clear
**Hearing:** grossly intact
**Nasal:** turbs pink and swollen, scant green discharge in nares
**Pharynx:** tongue normal, posterior pharynx with erythema, no exudate

### Respiratory
**Respiratory Effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** clear to auscultation bilaterally; no rales, rhonchi, or wheezes

### Cardiovascular
**Auscultation:** S1, S2 audible; no murmur, rub, or gallop

### Lymph
**Neck:** anterior cervical adenopathy, nontender

### Musculoskeletal
**Gait and station:** normal

### Mental Status
**Judgement, insight:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood and affect:** good eye contact, laughing

### Assessment
**Problem Updates for Today's Visit:**
Added new problem of SINUSITIS, ACUTE (ICD-461.9)
Added new problem of DEPRESSION (ICD-311)

### Plan

**Medication Updates for Today's Visit:**
Changed medication from LEXAPRO 10 MG  TABS (ESCITALOPRAM OXALATE) 1 by mouth every day to ZOLOFT 50 MG TABS (SERTRALINE HCL) one By Mouth daily
Removed medication of PROVIGIL 200 MG TABS (MODAFINIL) 1 tab daily in am
Added new medication of VERAPAMIL HCL TABS (VERAPAMIL HCL TABS)
Added new medication of * PROGESTERONE CREAM
Added new medication of WELLBUTRIN 75 MG TABS (BUPROPION HCL) one By Mouth BID - Signed
Added new medication of ZITHROMAX TABS (AZITHROMYCIN TABS) zpak, take as directed - Signed
Added new medication of FLUCONAZOLE 150 MG TABS (FLUCONAZOLE) one By Mouth at onset of symptoms then repeat in 2 days - Signed
Rx of WELLBUTRIN 75 MG TABS (BUPROPION HCL) one By Mouth BID;  #60 x 1;  Signed;  Entered by: Julie A Lafave FNP-BC;  Authorized by: Julie A Lafave FNP-BC;  Method used: Print then Give to Patient
Rx of ZITHROMAX TABS (AZITHROMYCIN TABS) zpak, take as directed;  #1 pack x 0;  Signed;  Entered by: Julie A Lafave FNP-BC;  Authorized by: Julie A Lafave FNP-BC;  Method used: Print then Give to Patient
Rx of FLUCONAZOLE 150 MG TABS (FLUCONAZOLE) one By Mouth at onset of symptoms then repeat in 2 days;  #2 x 0;  Signed;  Entered by: Julie A Lafave FNP-BC;  Authorized by: Julie A Lafave FNP-BC;  Method used: Print then Give to

**275**

**Thunder Bay Community Health Service, Inc. - Rogers City**          *November 17, 2022*
205 South Bradley Hwy   Rogers City, MI 49779                                                      Page 4
(989) 734-2052  Fax: (989) 318-4606                                                          Office Visit

**Erin J Chaskey**                                                                            Home: (
Female  DOB:    /1984                          12346                Ins: Priority Health Grp: 200026

Patient

**Orders for Today's Visit:**
Ofc Vst Est Pt Detailed [CPT-99214]

**Patient Instructions:** taught med use, increase water intake, vit c and rest. May use Claritan D or similar product to decrease secretions. REcommend Nettie pot use As Needed. Taught if worsening of depression or anxiety, return.

**Follow-Up Instructions:** return to clinic
**Timeframe:** as needed

]

**Electronically signed by Julie A Lafave FNP-BC on 09/21/2011 at 2:37 PM**
_____

**276**

Date:7/27/2009 Time:5 52.00 PM                    Cheboygan Memorial Hospital 231 627-5601                    Page 1 of 1

CHEBOYGAN MEMORIAL HOSPITAL
CHEBOYGAN MICHIGAN

PATIENT NAME: CHASKEY,ERIN J                              MR
DATE OF BIRTH: ▆▆/1984                    MEDICAL RECORD #: M000096100
DATE OF SERVICE: 07/24/09                  STATUS OF REPORT: Signed

                                          Account #: F0009532993

ORDER #: 0724-0005
HISTORY: HEADACHES, VISUAL SCOTOMA, VISUAL CHANGES, DAYTIME SOMNOLENCE.
REPORT:  MRI OF THE BRAIN WITH AND WITHOUT CONTRAST
Comparison: 4/24/08.
Variable echo, multiplanar images were obtained.
No congenital intracranial abnormality was noted.  The cortical sulcal pattern and ventricular system were
normal.  The midline was preserved.  The cerebellum and brain stem were normal.  The pituitary was
normal.  The basal cisterns and major intracranial vessel flow voids were normal.  The imaged cranial
nerves were normal.
There were no areas of abnormal enhancement following the administration of intravenous contrast.
No gross abnormality of the paranasal sinuses or orbits was noted.
No interval change was appreciated.
IMPRESSION:
  1)  MRI OF THE BRAIN WITHIN NORMAL LIMITS, WITH NO CHANGE WHEN COMPARED WITH
      THE PRIOR NORMAL STUDY OF 4/24/08.


<Electronically signed by JOHN O STOVER M.D.> 07/27/09 1646
STOVER,JOHN O M.D.  Dictated: 07/25/09 1141 Hours
FKG  Transcribed: 07/27/09 1359 Hours
CC:
GUNNELL,CHRISTOPHER MD

MILLER,SARAH PAC


Report Status:  Signed

JUL 27 2009

Seen:  ☐ File    Date Rec'd
       ☐ Chart Needed    ☑ Nt. Notify Pt.
       ☐ Appt. Needed    ☐ See Coumadin Flow Sheet
       ☐ Other    ☐ Check Order Sheet
       Initials.    Date  07/28/09

NAME:  CHASKEY,ERIN J RADIOLOGY REPORT   ACCOUNT #: F0009532993                    **311**

CHEBOYGAN MEMORIAL HOSPITAL              Page: 1
CHEBOYGAN, MICHIGAN

Patient Name:    CHASKEY ERIN J                    DOB          ▉/1984
DOS:             4/24/2008                         X-Ray #:     96100
                                                   MR           0

HISTORY: MIGRAINES, VISUAL CHANGES.

REPORT: MRI OF THE BRAIN WITH AND WITHOUT GADOLINIUM

We have a history of migraine headaches with visual symptoms.

Multi-slice, multi-echo pulse sequences were done with and without gadolinium.  FLAIR
images were performed. There is no evidence of intracranial mass.  No abnormal signal
intensity or abnormal enhancement observed. The structures of the brain stem and
posterior fossa are within normal limits.  Also, the structures of the visual pathways are
normal.

IMPRESSION:
1) NORMAL APPEARING MRI OF THE BRAIN WITH AND WITHOUT
GADOLINIUM.

Stanley R Smith  MD

fg              DD:    4/24/2008      DT:    4/25/2008
CC:  Sarah Miller PAC
     Christopher Gunnell MD
     Radiology Billing
     Radiology Jacket

*call pt tell her*
*mri is*
*normal*
*she still*
*needs to*
*discuss*
*visual As*
*w D.G n*

APR 25 2008

Seen:  ☐ File       Date Rec'd
       ☐ Chart Needed   ☑ Nl. Notify Pt.
       ☐ Appt. Needed   ☐ See Coumadin Flow Sheet
       ☐ Other          ☐ Check Order Sheet
       Initials_____     Data_____

*D. Feroz*

ACCT #   1494712         RADIOLOGICAL REPORT      MR#: 96100
DOS:     4/24/2008       BRAIN MRI                CHASKEY ERIN J

*4-25-08 pt on appt w Dr*
*pt notified VB*

**Great Lakes Neurology, P.C.**
Steven W. Huder, M.D.

932 Spring St., Suite 102
Petoskey, Mi. 49770
Ph. (231) 487-3970
FAX (231) 487-0954

## Medical History

Patient Name _Erin Chaskey_  Date: _1/25/10_
GLN #: _28637_  DOB: _____84_
Referring Doctor: _S. Miller, PA/Gunnell_  Primary Doctor: _S. Miller, PA/Gunnell_

CC: _Headaches, slurred speech, vision probs._

HPI: _25 y o RH w F ē HA's sinc ~ 3yo ē visual_
_auras since 2 yrs. old. "about same as have been",_
_triggers: choc, caffeine, forced micro. Pt. takes Midrin rr_
_2 Tylenol / Motrin (2x/wk avg), HA aura ~ 1/_ _(1/mo.)_
_Lg. HA ~ 9 ē 1-2x/wk, worse in spring. Pt on_
_some unknown preventive med. (? Zonbloal)._
_Has HA2 x: "Blanketing" of sup'r vision in both eyes & 2 wks_
_(summer + 12(oh)), "tremors presently";_
_fatigued; "rest fine x 1.5 wks"; rapid gph._
_Has feeling like "continuous visual motion",_
_photophobic, v.sens. to odors._

_Prev. Dimitvek NS_
_"false b/n"_

Prior Imaging Studies: _(✓) / MRA head MRI brn 5 (1/12/10, CV/MRI/PRG) - (N)_
_cts of MRI bro. 7/24/06, 4/1X/06 - (N)_
_(6/5)_

Prior Lab Tests: _ESR 5_
_T3H/BP / (N)   ABC(N) gluc5↑, cmp (N)._

Prior Testing (Misc.): _Had sleep studies x "(N)"_

Past Medical Hx: _Migraines_
_scoliosis_

Past Surgical Hx: _0_

Allergies: _PCN - Rash_
Medications: _Midrin prn → 1r (mo.)_

OTC Meds: _Tylenol or Motrin prn_
_→ 2x/wk → 2x/wk_

**318**

Erin Chasley

## Great Lakes Neurology, P.C.
Steven W. Huder, M.D.

932 Spring St., Suite 102
Petoskey, Mi. 49770
(231) 487-3970

Review of Systems:

Fever __—__ Chills __—__ Night Sweats __—__ Weight Change __—__ Headache __+__ Other ____
Glasses/Contacts in past Blurry Vision __?__ Double Vision __—__ Visual Field Cut __+__
Sinus Problems __—__ Hoarseness __—__ Swallowing Troubles/Choking ____ Slurred Speech __+__
Chest Pain __—__ Palpitations rec Ankle Swelling __—__ Blood Clots __—__ Fainting Spells ____
Breathing Difficulties __—__ Cough __—__ Sputum ____ Hemoptysis __—__ Seizures __—__
Nausea __—__ Vomiting __—__ Diarrhea __—__ Constipation __—__ Melena __—__ Heartburn __+__
Abdominal Pain __—__ Bright Blood in Stools __—__ Incontinence of stool __—__
Hematuria __—__ Incontinence of urine ____ Urgency __—__ Urinary Retention __—__
Painful Joints __+__ Neck Pain __+__ Back Pain __+__ Dizziness/Vertigo __?__ Hearing Loss __—__
Stress __—__ Depressed Mood __—__ Sleep Disturbances __+__ Memory Troubles __+__
Rashes __—__ Easy Bruising ____ Walking Troubles __+__ Falls __—__ Balance Problems __+__

Pertinent Positives (SEE ALSO HPI Section):

Social History:

Marital Status: Married                          # Pregnancies: 2    # Children: 2
Occupation: Homemaker          Previous Occupation(s):
Education/Degree(s):
Tobacco Use:          ∅          Alcohol Use: 3 x year    Illicit Drug Use:  ∅
Caffeine Use:          ∅          Aspartame Use:   ∅

Family History:

Mother: ↑ 49  cluster HA
Father: ↑ 52  migraines, RA, Cancer
Sisters: 1 ↑
Brothers: 1 ↑
Extended Family:          cousin c̄ M.S.

Stroke                    ∅          Seizures          ∅
Diabetes                  ∅          Hypertension      ∅
Headaches  father                    Cancers  father
Heart Disease  grandmother, aunt     Tremor            ∅
Neuropathy                ∅          Myopathy/Muscular Dystrophy ∅

**319**

Erin Chasley

## Neurologic Examination

(NL = Normal)

BP [60 · 70]   PR 68 → PR 12   Weight 91#   when stood up to go onto exam table, HR 100, then 68~72 (2 min)

General Appearance: (NL) appetite

Non-neurologic pertinent exam findings:

Cardiac: RRR

Head/Neck: gd ROM, NT, Øbruits / thx's / mucus inj.'s, o/p clr., Ø membr.

Back: gd. ROM, NT, SLR ⊖ Ⓑ.

Higher Cortical Functions:
LOC/Orientation:
Attention/Conc.'n:
Calculation:
Language:
Praxis:
} (NL)

Affect:
STM/LTM:
TC/TP:
Bilat. Simult. Stim.:
R/L Orientation:
} (NL)

Speech: crisp'd speech, °/w clr. (NL).

Cranial Nerves:
Olfaction:
Pupils: 5 → 3 mm ∪ ∪
Extraocular Mvts.: intact ̄s n. / p∆t. / d/∆t.
Facial Sensation:
Facial Expression:
Palatal Elevation:
SCM/Trapezius:
} (NL)

ØHorner's, ØRAPD
Visual Acuity: gross lg (NL) OU   Visual Fields: ∪ FF
Fundoscopy: → discs shrp-pk OU, v-r ⊝ OU.
Mastication:
Hearing:
Phonation:
Tongue Mvts.:
} (NL)

Motor:
Strength: 5 [5, (NL) (NL); Ødrift.
Bulk: (NL)
Tone: (NL)
Invol. Mvts: Ø tremors (rest, postural esp. action); Ømyoclonus; Øasterixis.

Muscle Stretch Reflexes:

Clonus: Ø
Tromner's: Ø
FRS's: Ø

Cerebellar:
F to N: (NL)        H to Sh: (NL)        RAMs: (NL)
Rebound:

Sensation:
LT: (NL)           Pain/T: (NL)         Vibr.'n: (NL)
Romberg:

Gait/Station:
Casual: (NL)                  Tandem: (NL)
Heel:

**320**

**IMPRESSIONS:**

1. Migraines c̄ aura (and migraine auras s̄ H.A.);

2. No evidence of tremor c̄ exam, despite subjective Sx of such; R/o hyperthyroism.

(Disc'd RF, diff dx, w/u, migraine, rebnd, C-1, MRI's / MRA, Rx's, SE's, + Q's answerd.)

**RECOMMENDATIONS:**

1. ✓ Free T₄, Free T₃;

2. ? hypoglycemic w/u.

3. Midrin prn → if effective, then triptan Rx.

4. Verapamil SR 240 mg po q hs.

5. Get s/p study report.

S. Hodl, MD

**321**

**ADULT**

Name: _Erin Rawls_ ~~Chaskey~~    Phone Number: _733-8849_

Birthdate: ~~███~~ 84    Parent or ~~Spouse~~: _Sherry & Tim_ _Louis_    Marital Status: M (S) W D

Medication / Latex Allergies: _PCN - rash_

(PMD)

Advance Directive: _____ Guardian or Durable Power of Attorney: _____
(check if YES)    (Name and phone number)

## PERMANENT PROBLEM LIST

| # | | # | |
|---|---|---|---|
| 1. | migraines | 11. | |
| 2. | mild scoliosis concavity to (R) | 12. | |
| 3. | TMJ @ c&8-16-69 | 13. | |
| 4. | Orthostatic proteinuria | 14. | |
| 5. | | 15. | |
| 6. | | 16. | |
| 7. | | 17. | |
| 8. | | 18. | |
| 9. | | 19. | |
| 10. | | 20. | |

## FAMILY AND PERTINENT MEDICAL HISTORY

| | | | | DATE | Surgeries/Hospitalizations |
|---|---|---|---|---|---|
| MI | mat ↑ | Tobacco Use: | none | 1. age 2 | pneumonia |
| DM | O | ETOH Use: | none | 2. | |
| HTN | — | | | 3. | |
| CA | mgm ↑ father ↑ pgf ↑ | Reproductive Hx: G, P, | | 4. | |
| OTHER | | Onset Menarche: | | 5. | |
| | | Onset Menopause: | | 6 | |

## IMMUNIZATIONS

_Immun IITD_

| | | | | | | 7. | |
|---|---|---|---|---|---|---|---|
| DT (>7) | UT 10/02 | | | | | 8. | |
| HEP B | | | | | | 9. | |
| FLU | | | | | | 10. | |
| Pneumovax | | | | | | 11. | |
| PPD | 1/30/02✓ | | | | | 12. | |
| other: | | | | | | 13. | |

## PREVENTIVE CARE

| | | Review Date and Staff Initials |
|---|---|---|
| PAP | | 8/16/01 KL |
| Rectal/ Prostate | | 3/31/03 K |
| Mammo | | 10/08 EK |
| Sigmoid | | |

2/11/99
PROBLST/PtCare

**333**

PROGRESS RECORD

| Last Name | First Name |
|---|---|
| PAULUS | ERIN Jo |

12-04-85        97-AY  - Human bite (L) index finger
- INFECTED WOUND BOTH SIDES OF DISTAL _____
(R) - Rx Ampicillin Drops TML TID
___
5-18-87 age 3yrs Amphicillin 9 TID


8-14-87 area Rt foot cleaned c̄ H₂O₂  - POP. CHECK
No drainage, color good own _____
- would DRY HEALING well - _____
_____
FINISH ANTIBIOTICS


4/21/88  4/0 pain in between eyes - Migraine -
had ASA 20 (ago) - father has history
of migraine - using TENS -
- = HEENT - _____ FUNDUS neg
= NECK - supple.
- Pt's HEADACHE APPARENTLY RESOLVED
- Pt SMILING + ALERT - DENIES HEADACHE.
No Rx given  -

8/22/88  31 lbs  H 38½inches  B/P 60/??
- Will baby pre school (Day care
- no physical abn
Rt BUF forth in _____
HEENT/lungs clear


346