# EXHIBIT 5

22CF 2308 B    BK22005771

# Osceola County Uniform Charging Affidavit

**OSCEOLA CO SHERIFF'S OFFICE**
ARREST # 221084017

OBTS# 4902173793

**ARREST**

| Filing Agency | Case# | Master Name # | FDLE | FBI | SS # |
|---|---|---|---|---|---|
| OSCEOLA CO SHERIFF'S OFFICE | 221084017 | 1332480 | | | |

| Defendant's Last Name | First | Middle | SUF | Alias | Citizenship |
|---|---|---|---|---|---|
| WISELEY | DAREN | ANDREW | | | US |

| Race | Eth | Sex | Hgt | Eyes | Hair | Wgt | Comp | Age | DOB | Birthplace | Scars, Marks, TT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | NONH | M | 6'01" | BLU | BRO | 180 | FAR | 30 | 1991 | MI US | |

| Permanent Address | Phone (Home) (517)320-0685 | Local Address |
|---|---|---|

| Arrest Location | Area/Zone | Phone (Work) | Place of Employment | Occupation |
|---|---|---|---|---|
| 7730 SAGO LN, KISSIMMEE, FL 34747 | 15 | | | |

| Violation Location | Area/Zone | Date/Time of Violation | Date/Time Arrested | Arresting Officer |
|---|---|---|---|---|
| 7730 SAGO LN; MYSTIUC DUNES, KISSIMMEE FL, 34747 | 15 | 08/07/2022 1:32 | 08/07/2022 2:16 | CADY, PETER |

| DL # | State | Breathalyzer By | Reading | Miranda Advisement | By Whom? | Indication of: Alcohol Influence: | Y N UK X |
|---|---|---|---|---|---|---|---|
| W240135067883 | MI | | | Yes | E. Bernard | | |

| Domestic Violence | Weapon Seized | Officer Injured? | Language Spoken? | Caution | Drug Influence: | X |
|---|---|---|---|---|---|---|
| No | NR | NR | NR | NR | | |

| Drug Type: NR | Type: N-N/A A-Amphetamine | B-Barbiturate C-Cocaine H-Heroin | H-Hallucinogen M-Marijuana O-Opium | P-Paraphemalia/ Equipment S-Synthetic | U-Unknown Z-Other | Activity NR | Activity: A-N/A E-Possess S-Sell | B-Buy T-Traffic A-Smuggle D-Deliver | F-Use M-Manufacture/ Produce/ Cultivate | K-Dispense/ Distribute Z-Other |

| 1 | Defendant's Vehicle Make: | Type: | Year. | Color: | VIN #: |
|---|---|---|---|---|---|

| Vehicle towed to: | Tag#: | Other Identification or Remarks: |
|---|---|---|

| # | CoDefendant: | Address | Phone # | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| 1 | | 1 | | | | |

| Charge | OFFENSES CHARGES | F.S.# | CAPIAS/WARRANT # CITATION# | BOND AMT |
|---|---|---|---|---|
| 3F | BATTERY LEO/FIREFGHTR/INTK OFF | 784.07(2)(B) | | 5,000 ~~2,500.00~~ |
| | | | **BOND GRAND TOTAL** | 5,000 ~~2,500.00~~ |

Before me this date personally appeared CADY, PETER who being first duly sworn deposes and says that on 8/7/2022 2:16:00AM at 7730 SAGO LN, KISSIMMEE, FL 34747 - in Osceola County Florida, the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

[stamp: 2022 AUG -9 P 3:53]

I swear the above statement is correct and true to the best of my knowledge and belief

/s/ 2971

OFFICER/AFFIANT'S SIGNATURE

CADY, PETER
OFFICER NAME

OSCEOLA CO SHERIFF'S OFFICE
DIVISION / UNIT

STATE OF FLORIDA COUNTY OF OSCEOLA

The foregoing instrument was acknowledged before me this __7__ day of __Aug__, (year) __2022__, who is personally known to me or who has produced (ID Type) __Police__ as identification and who DID take an oath.

/s/ 2742

Law enforcement officer / corrections officer per f.s. 117.10

NINTH JUDICIAL CIRCUIT
OSCEOLA COUNTY
STATE OF FLORIDA

Page 1 of 1

Form # OCUCA 1.1                    Date: 03/07/2011

## Osceola County Uniform Charging Affidavit

OSCEOLA CO SHERIFF'S OFFICE
ARREST # 221084017                                             OBTS#

Written By: D/S Peter Cady
Incident Number: 221084017
Zone: Z15
Offense 1: F.S.S - 784.07(2)(B) - Battery on Law Enforcement, Firefighter, etc/ Committed

On 08/07/2022 at approximately 0130 hours, I responded to the Mystic Dunes resort located at 7730 Sago Dr, Kissimmee FL, in reference to a sick person. Upon arrival, I made contact with Deputy Malys who advised he made contact with ▮▮▮▮▮ (07/10/1966), on-duty firefighter for Osceola County Fire Department, who advised the following verbally and via sworn written statement.

According to Jeffrey's sworn written statement, while he was on scene assisting with a patient, a friend of the patient, later identified by his Michigan Drivers License as Daren Wiseley (▮▮▮/1991), ran towards Fire Rescue 73 and entered the Fire Rescue. After being asked to leave by ▮▮▮ Daren then exited Fire Rescue 73 and left the area. After a short while, ▮▮▮ observed Daren running towards Fire Rescue 73, at this time, ▮▮▮ placed himself in between Daren and the Fire Rescue. Upon Daren arriving at the Fire Rescue, Daren physically grabbed ▮▮▮ while also pushing and punching ▮▮▮ Daren then made unknown verbal threats and ran off. ▮▮▮ was advised of his rights under Marsy's law and given a victim's rights pamphlet. ▮▮▮ requested confidentiality and desired prosecution with this case.

After speaking with Deputy Malys about ▮▮▮ statement, I then spoke with Daren. Daren was read his Miranda Rights by Deputy Denmark (See Supplement). Daren agreed to speak with police and upon talking to Daren he denied any involvement with ▮▮▮ Daren also did not remember entering the Fire Rescue. Daren believed he was invited but did not remember going back the second time. While speaking with Deputy Malys, Daren was seen sprinting toward the Fire Rescue. Daren did not become calm until he was placed into handcuffs. While handcuffed Daren began to speak about his friend "Erin" who was the patient ▮▮▮ responded to the residence for. Based on my interaction with Daren, it became apparent that Daren is under the influence of either alcohol or other medication.

Based on my investigation, I have probable cause to charge Daren with the following: F.S.S - 784.07(2)(b) Daren actually and intentionally touched or struck ▮▮▮ against his will. Daren intentionally caused bodily harm to ▮▮▮ was a firefighter at the time of the incident and was acting his official capacity while wearing his department issued uniform and operating in proximity to his agency vehicle. Daren knew ▮▮▮ was a firefighter acting in his official capacity. ▮▮▮ was engaged in the lawful performance of his duties when the battery was committed. Daren was placed under arrested and transported to the Osceola County Jail without incident.

Photographs of ▮▮▮ were taken and uploaded into DigitalOnQ. A victim notification card was also submitted. My agency issued body worn camera was active during this investigation.

I swear the above statement is correct and true to the best of my knowledge and belief

_____ 2971                   CADY, PETER                     OSCEOLA CO SHERIFF'S OFFICE
OFFICER/AFFIANT'S SIGNATURE                  OFFICER NAME                    DIVISION / UNIT
STATE OF FLORIDA COUNTY OF OSCEOLA

The foregoing instrument was acknowledged before me this __7__ day of __August__, (year) __22__, who is personally known to me or who has produced (ID Type) Police as identification and who DID take an oath.

_____ 2742
Law enforcement officer / corrections officer per f.s. 117.10

NINTH JUDICIAL CIRCUIT
OSCEOLA COUNTY
STATE OF FLORIDA                             Page 1 of 1

Form # OCUCA 1.1                             Date: 03/07/2011



**OSCEOLA COUNTY CORRECTIONS DEPARTMENT**
**ADVICE TO DEFENDANT**

STATE OF FLORIDA

2022 AUG -9 P 4:48

Plaintiff

-vs-

Wiseley, Dalton

Defendant

CASE NO. _____

CHARGES _Batt. Leo_

## ADVICE TO DEFENDANT, FIRST APPEARANCE F.R.C.P.3.130(A) (2)

1. I have been advised:
   a. That the Judge will advise me of the charge(s), and the bond, if any, which may secure my release.
   b. That I am not required to say anything and that anything I say may be used against me.
   c. That if I am not represented by a lawyer, I have the right to counsel and if I am unable to afford counsel, counsel will be appointed, forthwith.
   d. That I have a right to communicate with counsel, family or friends, and if necessary, means will be provided to enable me to do so.
   e. That any waiver of counsel is limited to first appearance only, and shall not be construed to be a waiver of counsel for subsequent proceedings.

2. ( ) I am financially able to afford a lawyer. His/her name is _____
   ( ) I WAIVE MY RIGHT TO REPRESENTATION BY COUNSEL (F.R.C.P.3.160(e)).
   (✓) I am financially unable to afford a lawyer and I want one appointed for me.

**I HEREBY STATE THAT I MAY BE NOTIFIED AT THE FOLLOWING ADDRESS:**

_____,

| Street Address | City | State | Zip |

**TELEPHONE NUMBER_____**, and understand I must notify the Clerk of Court, Osceola County, Kissimmee, Florida, 34741, in writing of an address change and that if I fail to appear at any future proceedings, the Court will issue a capias for my arrest.

I HAVE RECEIVED A COPY OF THIS FIRST APPEARANCE SHEET.

_____     _____
Defendant Signature                    Witness

Form 500.69 (Ori: 07/13/2016 /// 03/15/2017)

Filing # 155248399 E-Filed 08/12/2022 03:59:58 PM

IN THE CIRCUIT COURT OF OSCEOLA COUNTY, STATE OF FLORIDA

| | |
|---|---|
| THE STATE OF FLORIDA | INFORMATION # 49-2022-CF-002308 |
| VS. | DIVISION - 11-A |
| DAREN ANDREW WISELEY | 1. BATTERY (On a Firefighter) (F3-L4) |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MONIQUE H. WORRELL, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Osceola County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that DAREN ANDREW WISELEY, on or about the 7th day of August, 2022, in said County and State, did, in violation of Florida Statutes 784.07(2)(b) and 784.03, knowingly commit a battery upon ███████ a firefighter for the OSCEOLA COUNTY FIRE DEPARTMENT, and in furtherance thereof, did actually and intentionally touch or strike ███████ against the will of ███████ or did intentionally cause bodily harm to ███████ while ███████ was engaged in the lawful performance of a duty.

This information encompasses the transaction and all charges listed on complaint number 49-2022-CF-002308. The Osceola County Sheriff's Office and the Osceola County Corrections Department shall substitute the charge(s) indicated on the Information for those on the above cited complaint. The bond(s) shall remain the same as that last set on 49-2022-CF-002308.

STATE OF FLORIDA
COUNTY OF OSCEOLA

Personally appeared before me Brenna Leslie Jones, Assistant State Attorney of the Ninth Judicial Circuit of Florida, who being first duly sworn, says that he/she has received testimony under oath from the material witness or witnesses, which if true, would constitute the offense herein, and that he/she institutes the prosecution in good faith.

The foregoing instrument was acknowledged before me this 12th day of AUG., 20 22 by the aforementioned Assistant State Attorney who is personally known to me and who did take said oath.

*[signature]*

SHARI GIULIANO
Commission # HH 180990
Expires November 3, 2025
Bonded Thru Budget Notary Services

MONIQUE H. WORRELL, State Attorney
Ninth Judicial Circuit of Florida

By *[signature]*
Brenna Leslie Jones
Designated Assistant State Attorney
Florida Bar No. 1019728

BJ/BJ

Page 1 of 1

S.T. 01/28/23

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD WITH OSCEOLA COUNTY CLERK OF THE CIRCUIT COURT.

Digitally signed by The Honorable Kelvin Soto, Esq.
Date: 2022.09.12 08:21:59 -04:00
Reason: Electronic Certified Copy
Location: 2 Courthouse Square, Kissimmee, FL 34741