UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ERIN JO CHASKEY,

        Plaintiff,                        Case No. 1:22-cv-11380

v.                                          Honorable Thomas L. Ludington
                                             United States District Judge
ONAWAY AREA COMMUNITY SCHOOLS et al.,

        Defendants.
_____/

**STIPULATED ORDER OF DISMISSAL**

The parties having stipulated and agreed, and this Court otherwise being fully advised in the premises:

It is **ORDERED** that Plaintiff's Amended Complaint, ECF No. 10, and all claims against all Defendants are **DISMISSED WITH PREJUDICE** and without costs, interest, or attorney's fees to any party. *See* FED. R. CIV. P. 41(a)(1)(A)(ii).

**This is a final order and closes the above-captioned case**.

Dated: June 6, 2023                                                     s/Thomas L. Ludington
                                                                   THOMAS L. LUDINGTON
                                                                   United States District Judge

- 2 -

Stipulated to and agreed upon by:

s/ Daniel J. Harris (w/consent)
Attorney for Plaintiff
410 Petoskey Street
Petoskey. MI 49770
(231) 347-4444
dan@nmilawyers.com
(P58279)

*Erin Chaskey*
**ID msELs8nvNQkqD2PSGZh4dH5t**
s/ Erin Jo Chaskey

s/ Holly S. Battersby
Attorney for Defendants Presque Isle Co. and Schmoldt
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
hbattersby@rsjalaw.com
(P72023)

s/ Gregory W. Mair (w/consent)
Attorneys for Defendants School District, Mix, Fullerton, Benson and Horn
300 St. Andrews Rd., Ste. 302
Saginaw, MI 48605-1966
(989) 790-0960
gmair@owdpc.com
(P67465)

- 3 -

eSignature Details

| | |
|---|---|
| **Signer ID:** | **msELs8nvNQkqD2PSGZh4dH5t** |
| Signed by: | Erin Chaskey |
| Sent to email: | erinjchaskey@hotmail.com |
| IP Address: | 207.244.222.186 |
| Signed at: | Jun 2 2023, 3:30 pm EDT |

- 3 -